IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MISAEL HERNANDEZ-ESCOTO,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS<br><br><br>Case No. 2:18-CR-528 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant Misael Hernandez-Escoto's Motion to Dismiss. In light of *United States v. Contreras-Cabrera*[1] and *Soriano-Mendosa v. Barr*,[2] Defendant's Motion must be denied.

It is therefore

ORDERED that Defendant's Motion to Dismiss (Docket No. 17) is DENIED. The time from the filing of the Motion to Dismiss to this Order is excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D), (H). This matter is scheduled for a two-day trial to begin on the 3rd day of June, 2019.

DATED this 22nd day of April, 2019.

BY THE COURT:

_____
Ted Stewart
United States District Judge

---

[1] --- Fed.Appx ---, 2019 WL 1422627 (10th Cir. Mar. 29, 2019).

[2] --- Fed.Appx ---, 2019 WL 1531499 (10th Cir. Apr. 9, 2019).